# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH M., an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 5:24-01230-SPG-ADS<br><br>**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF NO. 17]** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's opening brief (ECF No. 10), Defendant's response brief (ECF No. 13), Plaintiff's reply brief (ECF No. 14), and the Report and Recommendation of United State Magistrate Judge (ECF No. 17).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　The Report and Recommendation (ECF No. 17) is accepted;

2.  The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and

3.  Judgment is to be entered accordingly.

DATED:  September 25, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE