# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH M., an Individual,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 5:24-01230-SPG-ADS<br><br>**ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Stipulation for Award of EAJA Fees (Dkt. No. 22) and the Report and Recommendation of United States Magistrate Judge (Dkt. No. 24).  No objections were filed, and the time to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

///

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 24) is accepted; and

2. The Amended Stipulation is granted.

DATED: November 20, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE